IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **REBECCA DIANNE VAUGHN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 23-0572-CV-W-BCW |
| ) | |
| **MARTIN O'MALLEY,** ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY ADMINISTRATION,** ) | |
| ) | |
| **Defendant.** ) | |

\_\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Defendant's motion to remand (Doc. #11) is GRANTED. This action is REVERSED and REMANDED to the Commissioner for further proceedings, consistent with the relief sought by Defendant under § 405(g).

April 12, 2024      Paige Wymore-Wynn
Date             Clerk of Court

              /s/ Tracy L. Diefenbach
              (by) Deputy Clerk